UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAMES O. RAY AND M. LOUISE RAY                                    PLAINTIFF

V.                                          CIVIL ACTION NO. 1:06cv516-LTS-RHW

RIMKUS CONSULTING GROUP, INC.;                                   DEFENDANTS
THOMAS E. HEIFNER, INDIVIDUALLY;
PAUL D. COLMAN, INDIVIDUALLY;
GARY L. BELL, INDIVIDUALLY;
CLARENDON NATIONAL INSURANCE COMPANY;
AND CGI GROUP, INC.

### ORDER OF PARTIAL DISMISSAL

Plaintiffs and Defendants Clarendon National Insurance Company (Clarendon) and CGI Group, Inc. (CGI) have filed a [98] Motion for Partial Dismissal, With Prejudice, advising the Court that all claims as among these parties have been fully settled and compromised. Cross-claims against Clarendon and CGI have been asserted by Defendants Rimkus Consulting Group, Inc. (Rimkus); Thomas E. Heifner (Heifner); and Gary L. Bell (Bell). It should be noted that Defendant Paul D. Colman was voluntarily dismissed without prejudice ([12] and Text Only Order entered June 23, 2006).

Rimkus and Heifner [99] have no objection to the request as "relates solely and exclusively to claims between Plaintiffs and . . . CGI . . . and Clarendon . . . ," so long as their cross-claims remain viable. This is a reasonable position.

There is no just reason for delay, and entry of partial dismissal of the referenced claims is appropriate. Accordingly, under the authority of Fed. R. Civ. P. 41(a)(1) and (a)(2), and with Fed. R. Civ. P. 54(b) in mind, **IT IS ORDERED**:

The [98] Motion for Partial Dismissal is **GRANTED** only to the extent of all claims between Plaintiffs and Defendants Clarendon and CGI, and said partial dismissal is **WITH PREJUDICE**, with each party bearing its own costs with respect hereto;

This cause of action is not terminated as to all other claims and counterclaims among and between the parties, and this order is subject to revision at any time before the entry of any judgment adjudicating all the claims and the rights and liabilities of all the parties.

**SO ORDERED** this the 12th day of April, 2007.

s/ <u>L. T. Senter, Jr.</u>
L. T. SENTER, JR.
SENIOR JUDGE